UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20154-CR-MOORE MAGISTRATE JUDGE O'SULLIVAN

21 U.S.C. § 963
21 U.S.C. § 846
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

LEYNER VALENCIA ESPINOSA,
a/k/a "Pirana,"
a/k/a "Lucho,"
a/k/a "El Conejo,"
VICTOR VALENCIA ESPINOSA,
a/k/a "El Doctor,"
a/k/a "Chaparro,"
DAIRO VALENCIA ESPINOSA,
a/k/a "Ramache,"
a/k/a "El Menor,"
a/k/a "Chiquito,"
GADIER VILLEGAS CIFUENTES,
a/k/a "Garfield,"
RAMON ALBERTO OROZCO MEJIA,
a/k/a "El Gordo,"
SANDRA AVILA BELTRAN, and
JULIO BELTRAN,
a/k/a "El Cantante,"
a/k/a "Iglesias"
_____/



### INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in or about January 1999, the exact date being unknown to the Grand Jury, and continuing until approximately the date of the return this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**LEYNER VALENCIA ESPINOSA,**

a/k/a "Pirana," a/k/a "Lucho," a/k/a "El Conejo,"
**VICTOR VALENCIA ESPINOSA,**
a/k/a "El Doctor," a/k/a "Chaparro,"
**DAIRO VALENCIA ESPINOSA,**
a/k/a "Ramache," a/k/a "El Menor," a/k/a "Chiquito,"
**GADIER VILLEGAS CIFUENTES,**
a/k/a "Garfield,"
**RAMON ALBERTO OROZCO MEJIA,**
a/k/a "El Gordo,"
**SANDRA AVILA BELTRAN, and
JULIO BELTRAN,**
a/k/a "El Cantante," a/k/a "Iglesias,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, both known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## COUNT 2

Beginning in or about January 1999, the exact date being unknown to the Grand Jury, and continuing until approximately the date of the return this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**LEYNER VALENCIA ESPINOSA,**
a/k/a "Pirana," a/k/a "Lucho," a/k/a "El Conejo,"
**VICTOR VALENCIA ESPINOSA,**
a/k/a "El Doctor," a/k/a "Chaparro,"
**DAIRO VALENCIA ESPINOSA,**
a/k/a "Ramache," a/k/a "El Menor," a/k/a "Chiquito,"
**GADIER VILLEGAS CIFUENTES,**
a/k/a "Garfield,"
**RAMON ALBERTO OROZCO MEJIA,**
a/k/a "El Gordo,"

**SANDRA AVILA BELTRAN, and**
**JULIO BELTRAN,**
**a/k/a "El Cantante," a/k/a "Iglesias,"**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, both known and unknown to the Grand Jury, to possess with the intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

## FORFEITURE ALLEGATION

1. The allegations of Counts 1 and 2 of this Indictment are re-alleged and incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of any of the violations contained in Counts 1 and 2, the defendants shall forfeit to the United States any property constituting or derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (A)    cannot be located upon the exercise of due diligence;

    (B)    has been transferred, or sold to, or deposited with a third party;

    (C)    has been placed beyond the jurisdiction of the Court;

      (D)    has been substantially diminished in value; or

      (E)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 United States Code, Section 853(p), to seek the forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

All pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
JOSEPH A. COOLEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

LEYNER VALENCIA ESPINOSA, et. al.,

Defendants. /

CASE NO. 04-20154 CR-MOORE
MAGISTRATE JUDGE
O'SULLIVAN

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

New Defendant(s) ____  ____
Number of New Defendants ____
Total number of counts ____

**Court Division:** (Select One)

_X_ Miami    ___ Key West
___ FTL      ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _Yes_
   List language and/or dialect _Spanish_

4. This case will take _20_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      ____          Petty    ____
   II   6 to 10 days     ____          Minor    ____
   III  11 to 20 days    _X_           Misdem.  ____
   IV   21 to 60 days    ____          Felony   _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  _X_ Yes ___ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?  _X_ Yes ___ No

JOSEPH A. COOLEY
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0966460

Penalty Sheet(s) attached

REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: **LEYNER VALENCIA ESPINOSA**

Case No.: **04-20154-CR-MOORE**

MAGISTRATE JUDGE O'SULLIVAN

Count #: 1   Conspiracy to import cocaine

Title 21, United States Code, Section 963

*Max. Penalty:   Life Imprisonment

Count #: 2   Conspiracy to possess with the intent to distribute cocaine

Title 21, United States Code, Section 846

*Max. Penalty:   Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   VICTOR VALENCIA ESPINOSA

Case No.:   04-20154 CR-MOORE

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 1   Conspiracy to import cocaine

Title 21, United States Code, Section 963

*Max. Penalty:   Life Imprisonment

Count #: 2   Conspiracy to possess with the intent to distribute cocaine

Title 21, United States Code, Section 846

*Max. Penalty:   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:     DAIRO VALENCIA ESPINOSA

Case No.:     04-20154 CR-MOORE

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 1     Conspiracy to import cocaine

Title 21, United States Code, Section 963

*Max. Penalty:     Life Imprisonment

Count #: 2     Conspiracy to possess with the intent to distribute cocaine

Title 21, United States Code, Section 846

*Max. Penalty:     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:     SANDRA AVILA BELTRAN

Case No.:     04-20154 CR-MOORE     MAGISTRATE JUDGE O'SULLIVAN

| | |
|---|---|
| Count #: 1 | Conspiracy to import cocaine |
| | Title 21, United States Code, Section 963 |
| *Max. Penalty: | Life Imprisonment |
| Count #: 2 | Conspiracy to possess with the intent to distribute cocaine |
| | Title 21, United States Code, Section 846 |
| *Max. Penalty: | Life Imprisonment |

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: **GADIER VILLEGAS CIFUENTES**

Case No.: **04-20154-CR-MOORE** MAGISTRATE JUDGE O'SULLIVAN

Count #: 1  Conspiracy to import cocaine

Title 21, United States Code, Section 963

*Max. Penalty:  Life Imprisonment

Count #: 2  Conspiracy to possess with the intent to distribute cocaine

Title 21, United States Code, Section 846

*Max. Penalty:  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: RAMON ALBERTO OROZCO MEJIA

Case No.: 04-20154 CR-MOORE  MAGISTRATE JUDGE O'SULLIVAN

Count #: 1  Conspiracy to import cocaine

Title 21, United States Code, Section 963

*Max. Penalty: Life Imprisonment

Count #: 2  Conspiracy to possess with the intent to distribute cocaine

Title 21, United States Code, Section 846

*Max. Penalty: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: JULIO BELTRAN

Case No.: 04-20154 CR-MOORE   MAGISTRATE JUDGE O'SULLIVAN

Count #: 1   Conspiracy to import cocaine

Title 21, United States Code, Section 963

*Max. Penalty:   Life Imprisonment

Count #: 2   Conspiracy to possess with the intent to distribute cocaine

Title 21, United States Code, Section 846

*Max. Penalty:   Life Imprisonment



**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

```
                              Case Selection
Dkt type: cr    Case Number: 04-20154    Division: 1   Miami
Title : USA                     .V. Valencia-Espinosa


Filed     Entry Date  Last Update     History ID    Docketed by
3/12/04    3/15/04     **/**/**        6166029         mh
+----------------------------------------------------------+
     SEALED DOCUMENT


    +viewing docket text--------------------------------+
Transaction: kseal doc -/ -/ - - -

Command mode (? for commands)
```

Attached to D.E. # 3

Unsealed 8/24/06

Federal Grand Jury
Indictment Number
0304-McAl - 0141

No. 04-20154 CR-MOORE MAGISTRATE JUDGE
O'SULLIVAN

# UNITED STATES DISTRICT COURT

___SOUTHERN___ ___District of FLORIDA___

THE UNITED STATES OF AMERICA

vs.

LEYNER VALENCIO ESPINOSA, et al.,

Defendants.

# INDICTMENT

21 U.S.C. § 963
21 U.S.C. § 846

A true bill.

*Foreperson*

FGJ-03-04(MIA)

Filed in open court this ___ day of ___, 2004.

*Clerk*

Bail, $ ___