# COURT MINUTES

## Magistrate Judge PATRICK A. WHITE

Atkins Building Courthouse - 3rd Floor          Date: 8/14/12     Time: 10:00 AM

Defendant: Sandra Avila Beltran          J#: 98356-004   Case #: 04-20154-CR-MOORE/TORRES
AUSA: Cynthia Wood                        Attorney: Howard Schumacher
Violation: CONSPIRACY TO IMPORT COCAINE; CONSPIRACY TO PWID COCAINE
Proceeding: RRC, PTD, ARRAIGN                        CJA Appt:
Bond/PTD Held: ☑ Yes ☐ No     Recommended Bond:
Bond Set at:                                          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Howard Schumacher, Temporary

- 30 days continuance GRANTED

(Hrg held)

- Agent Stephan Copper sworn & testified
- PTD: Risk of Flight

**NEXT COURT APPEARANCE**   Date:      Time:      Judge:      Place:
Report RE Counsel: 9/14/12   10:00   Duty   Miami
PTD/Bond Hearing:
Prelim/Arraign or Removal: 9/14/12   10:00   Duty   Miami
Status Conference RE:
D.A.R. 10:13:52                                   Time in Court: 30 minutes