UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 04-20154-CR-MOORE

UNITED STATES OF AMERICA

        Plaintiff,

vs.

SANDRA AVILA BELTRAN,

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: __98356-004__

Language: __Spanish__

The above-named Defendant appeared before **U.S. Magistrate Judge ALICIA M. OTAZO-REYES**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: __in custody__

Tel. No: ____

Defense Counsel:    Name: __HOWARD SCHUMACHER__

Address: ____

Tel. No: ____

Bond Set/Continued: __PRETRIAL DETENTION__

Dated this __14th__ day of __SEPTEMBER__, 2012.

STEVEN M. LARIMORE, CLERK

BY __STEPHANIE LEE__
Deputy Clerk