# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:** 04-CR-20154-KMM-6

**UNITED STATES OF AMERICA**,

Plaintiff,

vs.

**SANDRA AVILA BELTRAN**,

Defendant.

_____/

## SENTENCING MEMORANDUM

Defendant Sandra Avila-Beltran, through undersigned counsel, hereby, provides the following information that she anticipates will be useful to this Court in determining a fair sentence.   Ms. Avila-Beltran is scheduled to be sentenced on July 25, 2013, at 2:00 p.m.

Sandra Avila-Beltran was born in Mexicali, Baja, Mexico, to a large and loving family. The third of eight children, Sandra enjoyed a nearly pristine childhood.   When the family relocated to Tijuana, Mexico, Sandra's father became a prominent businessman who owned and operated a successful construction supply company.   Although Sandra's father worked long hours to make his business profitable, he always made time for his family.   The sprawling Avila-Beltran home that her father built was always filled with extended family and scores of friends.   Sandra's mother held frequent dinner parties for Sandra's father's business associates; during the summer there were continuous cookouts by the swimming pool; and the holidays were filled with extensive decorations and generous gifts.   The family also maintained an active presence in the community by participating in the children's sports and school functions, as well as by attending church activities, local festivals, and sporting events.

Although Sandra's father was a self-made, largely uneducated man, he prioritized higher education for his children, including his daughters.   Accordingly, Sandra and her siblings all had an opportunity to attend college and became successful in their varied chosen professions. Alfonso earned degrees in business and law and, prior to his death in 2005, worked as an accountant and restauranteur; Evelia, age 54, is an accomplished interior decorator and designs furniture; Dora, age 48, is an orthodontist and owns a Japanese food restaurant in Guadalajara; Ricardo, age 42, has degrees in real estate and business administration, and manages shopping malls and other commercial properties; Guadalupe, age 38, has degrees in law and international business, and is a shareholder in Dora's Japanese food restaurant; Marisa, age 36, has a degree in law and owns a laser hair-removal business in Guadalajara.   None of Sandra's siblings have ever been arrested or involved in criminal conduct.

While Sandra was certainly blessed with a loving, stable family, Sandra's life has, nonetheless, been marred by significant loss and emotional hardship.   When Sandra was ten years old, her younger sister, Lupita, died of spinal meningitis at the age of four.   Despite the fact that Sandra and Lupita were separated in age by six years, prior to Lupita's death, the girls were inseparable.   Sandra and Lupita shared a room and the family often referred to Lupita as Sandra's "poca sombra" (little shadow).   Looking back, Sandra realizes that she felt a maternal love and responsibility for Lupita, and was always happy to have Lupita – who was a joyful, loving child – by her side.   Lupita's death was particularly painful for everyone in the Avila-Beltran family because it was rapid and unanticipated.   One evening Lupita complained of a headache that rapidly worsened.   The next day, Lupita was hospitalized, and she died the following day.   On the day of Lupita's death, a well-meaning uncle was at the hospital and insisted that Sandra and her mother go out to get a bite to eat.   While they were out, Sandra and

her mother purchased coloring books for Lupita.   When they returned to the hospital, however, they found Lupita's tiny body lying lifeless in her hospital bed.   To this day, Sandra and her mother suffer significant guilt for not being present to comfort Lupita when she died.

The loss of Lupita, descended heavily on the Avila-Beltran family.   Gone was the raucous home that had been filled with noise, and perpetual motion, and children's laughter.   In its place there emerged silence and, for Sandra, profound loneliness.   For months, Sandra's mother insisted that all the drapes in the house be pulled shut and the children were forbidden from watching television, playing the radio, or socializing.   Sandra recalls that, for days on end, the only sounds in the house were screams of sadness from Sandra's mother, who locked herself in her room for days and could not be consoled.   Following Lupita's death, Sandra was left with an ever-present sense of fear and wariness, that she carries to this day, grown from the understanding that life is unpredictable and the things we love can be senselessly ripped from us without warning.

In the years that followed, Sandra relied on her faith in God, and managed to focus more on the pleasant memories of the brief time she was given with Lupita, rather than on the circumstances of Lupita's death.   Despite the ever-present tug of sadness, Sandra did well in high school and was accepted at the University of Guadalajara, in Jalisco, Mexico, where she studied communication science and journalism.   While at college, Sandra met a young man who fell deeply in love with her.   Unfortunately, Sandra did not share the young man's infatuation and, after a few dates, Sandra kindly but firmly let him know that they did not have a future together.   In response, the young man became irrational and unbalanced.   The young man dropped out of college and began stalking Sandra, who did her best to ignore his constant presence and advances.   Eventually, however, the young man's advances included thinly-veiled

3

threats that became frightening.

At one point, the young man drove up to Sandra as she was walking to class, dragged her into his car, and drove her to his family's ranch outside the city.   When the young man's father learned what had happened, the father apologized profusely for his son's irrational conduct and insisted on personally returning Sandra to the university.   While Sandra suffered no physical harm during her abduction, she was unnerved by the event.   When Sandra's family learned what had happened, they became worried about her safety and decided it would be best for her to leave the university and return home.

Despite her academic success at the university, and despite her hopes for a career in broadcast journalism, Sandra, an ever-obedient daughter, complied with her family's wishes. Upon her return, Sandra lived with her parents and younger siblings.   There, Sandra realized how much pressure and fear her stalker had created, and was able to fully relax in the knowledge that she would be safe as long as she was surrounded by the love and protection of her family. Never one to wallow in self-pity, Sandra rejoined the family's social network and became active in church and community projects.   Sandra also ascribed to the philosophy that, God had a purpose for her and, in his greater scheme, things would always work out for the best.

Indeed, it wasn't long before Sandra met and fell deeply in love with Jose Luis Fuentes. Jose Luis, a wealthy man who had been a commander in the Mexican Federal Judicial Police, had recently retired from law enforcement and was managing a capacious working cattle ranch and a number of other residential properties he owned.   Sandra found Jose Luis to be the perfect man – half suave, well-mannered gentleman; half rough and tumble cowboy.   Sandra and Jose Luis dated for several years and were married in 1986.   Shortly after they were married, Sandra and Jose Luis were blessed with the birth of a baby boy, Silvestre Jose Luis Fuentes-Avila.

These were wonderful years for Sandra, who greatly enjoyed caring for her own home and she dearly loved spending her days with Silvestre, who was a happy, contented baby. Sandra and Jose Luis had a large network of aristocratic friends, entertained extensively, and attended the most preeminent and desirable social events. Sandra could not have been happier or felt more blessed when, in February of 1988, she learned that she was expecting another child.

Sandra's happiness was, unfortunately, short-lived. On August 10, 1988, Sandra's second son was born prematurely and died a few hours later in her arms. Powerlessly watching her son take his last breath, and saying goodbye to the tiny baby, was unquestionably one of the saddest moments of Sandra's life. Devastated, Sandra returned home from the hospital to begin the process of recovery. There, Sandra found the ever-sweet and charming Silvestre who, at just one year and seven months, greeted her with smiles and hugs, and quickly crawled into Sandra's lap for a nap. Although Sandra could not comprehend why God would take her second son and cause her so much pain, she was deeply grateful for Silvestre, and for Jose Luis, and decided to re-devote her life to caring for them.

Eight days later, Jose Luis came into the bedroom where Sandra was resting and explained that business at the ranch demanded his attention and asked whether she was up to making the trip with him. The cattle ranch was located in a peaceful area of the country approximately forty-five minutes from their home in Tijuana. It was one of Jose Luis' favorite places, and Sandra and Silvestre generally accompanied him on trips that often lasted several days. Although Jose Luis never talked about his work as a police officer, Sandra suspected that, like most officers, Jose Luis had experienced events and encountered crime scenes that were profoundly troubling and which he was trying to forget. Sandra believed the ranch provided Jose Luis with a refuge from the world where he could throw himself into, not merely the

business management, but also the physical labor of the day-to-day operations.   Sandra also knew that the loss of their second son had been painful for Jose Luis and, although she did not feel up to making the short trip herself, she insisted that he go without her.   Jose Luis looked down at Sandra with concern, embraced her warmly, and assured her that he would return the following day.   Sandra never saw Jose Luis again.

In the middle of the night, the ranch was raided by unknown men, who fired indiscriminately into the bunk house where a number of ranch hands were sleeping.   Jose Luis, who was sleeping in the main house with other employees ran out onto the front porch and yelled "stop shooting."   Jose Luis was gunned down shortly after he exited the front door.   Several other people were killed in the attack, including an eighteen year old ranch hand, the fourteen year old son of the ranch's overseer, and Sandra's seventeen year old half-brother.[1]

When Sandra learned about the attack, she was overcome with grief and mournfully bewildered.   It did not seem possible that, within just three short days, she could lose her baby son, her husband, her brother, and the other young men whom she knew well and had regularly associated at the ranch.   Although her family subsequently assured Sandra that she made the funeral arrangements and performed her duties with admirable calm and fortitude, Sandra has almost no memory of the funeral.   Thereafter, a deep, debilitating depression engulfed her.   For

---

[1]      Just two years before the attack, Sandra learned that her father had an affair with a woman in Guadalajara and that the relationship had produced a son.   Although Sandra felt conflicted about the relationship and felt loyalty to her mother, Sandra was curious about the fact that she had a half-brother.   Eventually, Sandra tracked-down the young man and learned that he was living in poverty and had grown up without any of the benefits and advantages she enjoyed as a child.   Sandra felt an immediate attachment to young man and they quickly bonded.   In an effort to make up for the fact that her half-brother had largely grown up without a father, Sandra and Jose Luis took him into their home.   Over time, the young man demonstrated a talent for the cattle business.   Jose Luis told Sandra's brother he would teach him everything he needed to know about ranching, but the young man would have to start at the bottom.   Sandra's half-brother was in the bunk house on the night of the attack.

months following the shooting, Sandra could not leave the house or speak with anyone other than her parents and her closest siblings.   Most days, it required a gargantuan effort to get out of bed, and some days, it felt as if taking another breath required too much effort.   Had it not been for her darling Silvestre, and the fact that she could not ignore his needs, Sandra does not think she could have survived the ordeal.

As time passed, however, Sandra became angry and aghast that someone could have perpetrated such a horrific crime and she began to ask questions regarding the police investigation.   Sandra knew that Jose Luis had inevitably made enemies when he was working in law enforcement, but she never dreamed he lived in so much danger.   It was Sandra's need for information that ultimately forced her to step outside her own grief and demand answers. Sandra, however, quickly learned that answers were in short supply.   Sandra made innumerable telephone calls and went to the Tijuana Police Department several times per week for months. Despite this effort, no one could provide any information about the perpetrators.   Eventually, Sandra found herself being passed from officer to officer, and realized she would not find answers through local official channels.

Thereafter, Sandra hired a detective agency in the hope that they could uncover information that might assist the law enforcement officers.   The private investigators obtained information suggesting that the shooting involved enlisted men from the naval yard in Ensenada, Mexico.   Confused by this information and needing answers, Sandra traveled to Ensenada numerous times in an effort to speak with the commander-in-chief.   Eventually, Sandra was informed that the commander-in-chief had been transferred to a different office, and she realized that she faced another dead end.   Greatly discouraged, Sandra gave up the investigation.   On an intellectual level, Sandra realizes there was nothing more she could have done to help discover

who murdered her husband; on an emotional level, however, Sandra has never been able to divest herself of the disappointment that she somehow failed Jose Luis in this last, critically important endeavor.

Thankfully, Jose Luis planned for Sandra and Silvestre's future and left them with sufficient funds and property so that neither would have to worry about finances for the remainder of their lives.   Nonetheless, Sandra worried that she might encounter hard times or unscrupulous people, and decided to take over Jose Luis' work managing their properties in Mazatlan, Culiacan, Durango, Guadalajara and Tijuana.   In order to make their investments grow, Sandra taught herself the real estate business and tried her hand at purchasing and refurbishing homes for profit.   In addition, Sandra made low-risk, interest-bearing loans to friends and family members.

Sandra also threw herself into Silvestre's care and slowly began to rejoin her old social network.   Despite the fact that Sandra kept herself busy, however, she found she was desperately lonely.   Each time she saw Silvestre play with other children, she felt deeply saddened by the fact that he would never know his father, and she feared that Silvestre might encounter bullying or prejudice because he was fatherless.   Sandra also found that there were constant reminders of Jose Luis everywhere she looked.   Even worse, as time passed, and as Jose Luis' murder remained unsolved, Sandra found that she was becoming more and more fearful for her own and for Silvestre's safety.

Ultimately, Sandra made a decision to leave Tijuana and move to Mexico City.   There, Sandra hoped to begin a new life, alone with Silvestre, free from the painful memories and from what was becoming debilitating fear.   In Mexico City, however, Sandra found that she could not outrun her problems.   Without the warmth and support of her immediate and extended family,

and without the distraction of social events, Sandra and Silvestre lived like hermits in a small apartment and Sandra's paranoia mounted.   Eventually, Sandra met a wise parish priest in whom she was able to confide her deepest fears and insecurities.   With patience, the priest was able to convince Sandra that, while her feelings were not irrational, they were potentially destructive – particularly for Silvestre, who needed to have contact with friends and family to have a normal childhood.   The priest convinced Sandra that, when you are always fearful, you cannot have a healthy life, and that God expects his children to be strong in the face of adversity.   With this sage advice, Sandra returned to Guadalajara and recommenced her work managing the property Jose Luis left to her and Silvestre.   Over the course of several years, Sandra did, in fact, become stronger.   But she openly admits that, try as she might, she could never be comfortable when Silvestre was not within her sight.

In 1993, Sandra was introduced to Rodolfo Lopez, a police officer with the National Institute for the Combat Against Drugs.   Sandra was immediately attracted to Rodolfo, who was strong and handsome, and could provide the love and protection that Sandra craved in Jose Luis' absence.   Nonetheless, Sandra resisted Rodolfo's advances, initially believing that allowing another man into her life would have been a betrayal of Jose Luis' memory.   Rodolfo, however, was not easily dissuaded and, over time, became Sandra's greatest love.   Rodolfo and Sandra never married, but in 1994, Sandra moved into his home in Hermosillo, Mexico, and they became inseparable.

Together, Rodolfo and Sandra lived a quiet life.   They rarely went out or socialized; it was simply enough for them to be together.   Rodolfo also became the loving father that Silvestre never knew.   Rodolfo became involved in every aspect of Silvestre's care and education, and couldn't have been more kind and compassionate if Silvestre had been his own child.   In fact,

the family talked about the possibility that someday Rodolfo and Sandra would marry, and Rodolfo would formally adopt Silvestre.   Silvestre was delighted by the prospect of being adopted by Rodolfo, and Sandra believed she had finally found redemption and the strength needed to live a happy life.

In 1999, however, Rodolfo experienced an abscess in his rectum and was admitted to the hospital for surgery.   Initially, the doctors assured Sandra that the surgical procedure was simple and that Rodolfo would be home in a few days.   Following surgery, however, the doctors met with Sandra and delivered some bad news.   The site of the abscess was worse than expected and gangrene had set in.   Nonetheless, the doctors believed Rodolfo would recover well; it would simply require additional time in the hospital and extensive treatment with antibiotics.   Sandra fought hard against a sense of panic, put on a reassuring face, and remained by Rodolfo's bedside nearly twenty-four hours per day for the next fifteen days.   During this time, Rodolfo did, indeed, recover well and it appeared that he would be discharged from the hospital within the next few days.   At the end of the fifteenth day, Rodolfo insisted that Sandra go home for the night.   Exhausted from sleeping in an uncomfortable armchair by Rodolfo's bed, and believing that Rodolfo was out of danger, Sandra complied.   In the middle of the night, nurses conducted a routine check on Rodolfo and found him dead in his hospital bed, covered in blood.   He had been repeatedly stabbed in the chest.

After Sandra received the news of Rodolfo's death from a doctor on the telephone, she numbly returned to the hospital.   Sandra waited quietly and patiently in the hallway outside Rodolfo's hospital room while the police completed their investigation.   Then she entered the room and found Rodolfo lying in a blood-soaked bed, but otherwise, he appeared intensely peaceful.   Sandra was struck by the fact that a man who had been so strong, and healthy, and

young, could be alive one minute, then gone forever.   She remained with Rodolfo's body for hours and thanked him profusely for the happy years he had given her, and for the love he had freely given to Silvestre.   When the hospital staff finally insisted that it was time to take Rodolfo's body to the morgue, Sandra kissed Rodolfo goodbye and went home, where she collapsed on the floor.

When Sandra initially contemplated becoming involved with Rodolfo, she considered the fact that he was a police officer and that, like Jose Luis, Rodolfo's life would be in danger. Against her better judgment, Sandra followed her heart and rationalized that lightening would not strike twice in the same place.   She also believed that she had survived the death of one husband and, if it was God's will to take another, she would somehow find the strength to endure. Unfortunately, Sandra was wrong.

If anything, Sandra was far more negatively impacted by Rodolfo's death, in large part due to the effect it had on Silvestre, who was then twelve years old.   Rodolfo was the only father Silvestre had ever known and they were inseparable.   Prior to Rodolfo's death, Silvestre was a vibrant, happy child.   In contrast, after their loss, Silvestre became sullen and withdrawn.   He rarely interacted with other children, spent most of his time alone in his room, and dropped out of the soccer league in which he had been the star player.   Before long, Silvestre's grades in school plummeted.   For Sandra, watching Silvestre suffer was agonizing.   Even worse, Sandra had no answers when Silvestre questioned why Rodolfo had to die and why God allowed it to happen. When Silvestre told Sandra that he didn't ever want to have another daddy, Sandra understood and silently, but wholeheartedly, agreed that a close relationship with a man was not worth the risk of loss.

Like Silvestre, following Rodolfo's funeral, Sandra became little more than a ghost of her

prior self.   At the age of thirty-seven, Sandra was emotionally exhausted.   Unlike the effort

Sandra put into the investigation of Jose Luis' death, this time Sandra did not have the mental or

physical stamina to demand answers.   For Sandra, finding Rodolfo's murderer simply did not

matter.   Their life together was over and nothing would bring back her best friend and truest

love.   Although Sandra's family encircled her with love and support, she continued to sink into

depression.   Had it not been for her responsibility to Silvestre, Sandra believes she might have

taken her own life.   At her family's urging, Sandra started seeing a psychiatrist, but it did not

help.   In fact, it took years of doing nothing more than going through the motions of life, with

virtually no pleasure or comfort, before Sandra began to emerge from the depths of depression.

Eventually, Sandra and Silvestre moved back to Guadalajara and to the loving support of

Sandra's immediate and extended family.   Sandra's father had died in 1998, so Sandra invited

her mother to move into Sandra's home to help care for Silvestre.   This was a positive move for

both women, who supported and encouraged each other to maneuver beyond their individual

grief.   Sandra's mother largely took over Silvestre's daily care.   With her mother's assistance,

Sandra was able to leave the house and recommence her work traveling to various cities to

manage the properties that had been left to her by Jose Luis.   Following Rodolfo's death, Sandra

also inherited a great deal of property in Hermosillo, Mexico.

In an effort to expand and protect her inheritance, Sandra began purchasing and renting

homes, invested in a construction company, and continued to make interest-bearing loans to

reliable friends and family members.   Despite her apparent wealth, however, Sandra lived

frugally and became virtually obsessed with guarding and nurturing her holdings, which she

planned for Silvestre to inherit.   Over the years, Sandra had become infinitely familiar with the

unpredictability of life and steadfastly determined that, upon her own death, Silvestre would

inherit every penny of the estates the men who loved him had left behind.

Despite Sandra's efforts to lead an austere and quiet life, it was publicly known that she inherited considerable wealth from her deceased husbands.   As a result, in 2002, Sandra experienced the most horrific event of her life when Silvestre was kidnaped and held for a five million dollar ransom.   Silvestre, who constituted Sandra's entire reason for living, was just fifteen years old.   The kidnapper instructed Sandra on where and when to deliver the money and warned her that, if she contacted the police, Silvestre would die.   Sandra oscillated between rage and despair, but remained sagacious and decided that Silvestre would have the best chance of survival if she enlisted the assistance and investigative power of the police force.   Unfortunately, the Guadalajara police department offered little assistance or information and simply advised Sandra to pay the ransom.

Thereafter, Sandra, who would have happily paid every penny of the demanded ransom for her beloved Silvestre, begged the kidnappers for more time and frantically set about the task of collecting the money.   Sandra quickly realized, however, that it would be impossible for her to produce the amount of cash the kidnappers demanded.   Her collective holdings were simply insufficient to meet the five million dollar ransom.   Moreover, most of her assets were held in real estate, which could not be liquidated in time to meet the kidnappers' demands.   Sandra desperately cleaned out her bank accounts, sold her personal property and the jewelry she had been given by her husbands, including her wedding ring, and demanded payment on every outstanding loan she had made to family and friends.   All of this, however, totaled a fraction of the five million dollar demand.   Sandra then contacted every relative and friend who could conceivably loan her money and begged for their assistance.

In the meantime, the kidnappers called Sandra on a daily basis and made horrific

statements about what they were going to do to Silvestre if they did not get the ransom money. The kidnappers' threats included: torture and mutilation; decapitation; their willingness to simply leave Silvestre, who they said was blindfolded and tied to a bed in a desolate area, to die from hunger and thirst; and their willingness to tell Silvestre that his mother did not love him enough to part with her money, after which, they would shoot him through the heart.   Sandra listened to the menacing tone in the kidnappers' voices and felt certain they were capable of delivering on their threats.

Sandra wanted nothing more than to scream at the kidnappers and tell them what she truly thought of them but, for Silvestre's sake, she forced herself to remain calm.   Each day, Sandra pleaded for the life of her son and for a little more time to gather the money.   After each phone call, Sandra rushed to the bathroom to vomit, then immediately redoubled her efforts to meet the kidnappers' demands.   During the fourteen days that Silvestre was held by the kidnappers, Sandra barely closed her eyes, and when she did manage to sleep, she experienced appalling dreams about the horrors that could be happening to Silvestre.   Ultimately, Sandra was able to raise a total of $1.5 million in cash through the kindness of her friends and loved ones, and she negotiated for Silvestre's release.   Silvestre was recovered terrified but unharmed.   Sandra never learned the identity of the kidnappers, nor has she ever recovered from the emotional trauma that accompanied those two weeks.

In the years that followed, Sandra became hyper-vigilant about Silvestre's safety and about the safety of every member of her family.   Following Silvestre's release, Sandra hired bodyguards and installed extensive alarm systems.   When she felt her own paranoia rise, on occasion, Sandra would move Silvestre and her mother to secret locations in and out of Mexico. Sandra's extended family rarely went out in public and when they ventured out of their homes,

they moved quickly and in a group.   Even in his late teens, Silvestre was never allowed to venture out of the house unaccompanied – a fact that gave Sandra some comfort, but wreaked havoc with Silvestre's social life.   With these extensive precautions, Sandra and her family have been able to live in relative peace.   From time-to-time, however, Sandra still experiences some symptoms of post-traumatic stress disorder and has never been able to subdue a sense of foreboding doom regarding Silvestre's safety.

Following Rodolfo's death, Sandra felt no interest in commencing another relationship with a man.   Nonetheless, in 2000, Sandra met Juan Diego Espinosa-Ramirez at a family birthday party.   Juan Diego was a bit younger than Sandra, devilishly handsome, and was rumored to be the most eligible bachelor in Guadalajara.   Sandra was unimpressed, felt that she did not need a man to live a comfortable life, and for several months rejected all of Juan Diego's many advances.   Eventually, Juan Diego's charm and persistence wore down Sandra's formidable emotional defenses and she agreed to meet him for lunch.   Thereafter, they commenced a romantic relationship.   Although Sandra never felt the deep love for Juan Diego that she had felt for Jose Luis or Rodolfo, it was reassuring to be loved by a man and Sandra felt safe and protected in Juan Diego's presence.

In early 2002, Juan Diego explained that it was necessary for him to move to Mexico City for business purposes and begged Sandra to join him.   Sandra's own business interests were doing well, Silvestre was safely tucked away in a secret location with Sandra's mother, and Sandra found that she dearly missed Juan Diego when it was necessary for him to travel out of town.   Accordingly, Sandra agreed to travel to Mexico City on a trial basis.   In July of 2002, Sandra learned that Juan Diego was wanted by the Mexican and American law enforcement authorities for serious narcotics violations, and their relationship changed dramatically.   Faced

with the prospect of permanently losing Juan Diego, Sandra became intensely protective and devoted to him.   The instantaneous loss of Jose Luis and Rodolfo had left Sandra feeling powerless and far more scarred than she realized.   Sandra irrationally determined that, if it was within her power to keep Juan Diego by her side for as long as possible, she would do so.

Juan Diego lived in hiding in Mexico City for the next five years.   During this time, Sandra willingly, albeit misguidedly, provided the money he needed to be able to move locations regularly and to maintain a comfortable lifestyle.   Meanwhile, Sandra maintained her home in Guadalajara and cared vigilantly for Silvestre and her mother.   Sandra also continued to manage her own property interests in various cities, and spent time with Juan Diego in Mexico City as often as her business and family responsibilities would allow.   Sandra was with Juan Diego during one such trip when he was approached by law enforcement officers and arrested in September of 2007.

In many ways, Juan Diego's arrest came as a relief to Sandra.   The years of fear and hiding were finally over and, while Sandra knew she would desperately miss Juan Diego, Sandra always suspected that their relationship would end this way and she was prepared to move on. What Sandra never anticipated was that she would be arrested with Juan Diego.   Initially, Sandra believed there had been a mistake that would be quickly remedied, and she was dumbfounded to learn that she had been charged by the United States with large-scale narcotics trafficking. Sandra vowed to fight the charges and to clear her name.

In order to do so, however, it was necessary for Sandra to remain in a state prison in Mexico while the United States' extradition request was processed by the Mexican courts.   The conditions in the Mexican prison were well beyond deplorable.   The facility was heavily infested with rats, cockroaches, biting flies, and mosquitoes.   The food was frequently spoiled and it was

not unusual to find fly larvae and other insects crawling in it.   Communicable disease, including

Tuberculosis, was rampant and the infirmary frequently ran out of necessary medications.   The

facility was dilapidated – toilets routinely did not work and overflowed with human waste,

mattresses were filthy and infested with bedbugs, and the cells were heavily overcrowded.

Although Sandra was spared sexual advances by the guards – which she attributed to her wealth

and social position – poor women routinely endured unspeakable sexual demands.   Sandra was,

however, the victim of extortion and was forced to pay guards and other inmates for protection.

Sandra lived in these disgraceful conditions for five long years.   Although the Mexican

courts initially denied the United States' extradition request, on appeal, the decision was

overturned and Sandra was extradited to the United States on August 12, 2012.   When Sandra

arrived in the United States, she found the prison conditions vastly improved, but faced different

challenges involving the loss of her family.   Following Sandra's arrest, the United States

withdrew travel authority for all of her relatives.   This action included Sandra's son, mother,

siblings, her siblings' spouses, her aunts and uncles, and all of her nieces and nephews.   Under

these circumstances, Sandra has not had a visit from her loved ones in nearly one year.   This

isolation has left Sandra feeling anxious, depressed and despondent.   She has been unable to

sleep, vomits frequently, and is taking anti-anxiety medication.

In addition, Sandra has been desperately worried about what is happening in Mexico in

her absence.   She constantly fears that Silvestre or another member of her family will be

kidnaped and that, because she is in prison in the United States, she will be unable to negotiate

and procure his release.   Moreover, Sandra recently learned that her mother, who is seventy

years old, is suffering from cancer and is currently being treated with radiation for brain and lung

tumors.   Sandra chooses to remain optimistic about her mother's chance for survival, but Sandra

suspects that her sisters and mother may not be providing the whole story in an attempt to spare Sandra from worry.   Consequently, Sandra has few details regarding the doctors' prognosis or how her mother, who has always been somewhat frail, is tolerating the radiation treatments. Sandra has not seen her mother since August of 2012, and they have never been separated for this long.   Sandra lives in constant fear that her mother will die before Sandra can return to Mexico.

Based upon the foregoing information, Sandra respectfully requests that this Court recognize that she has endured considerable loss involving nearly all of the significant loves in her life, often under horrific conditions, including: her sister, Lupita; her son, who died within hours of his birth; Jose Luis, her husband, who was murdered just eight days after Sandra lost her son; Rodolfo, her romantic partner, who Sandra identifies as the greatest love of her life; and Silvestre, her son, who was kidnaped for fourteen days, during which Sandra did not know whether he was dead or alive, or whether she would ever see him again.   These experiences all clouded Sandra's decision-making process when she chose to assist her romantic partner, Juan Diego Espinosa-Ramirez, to evade arrest.

Further, Sandra ardently regrets her conduct.   She has no criminal history.   In addition, the incarceration that Sandra endured in Mexico was far more arduous than similarly-situated inmates in the United States because it was served under deplorable conditions. (See, U.S.A. v. Shervin Emmanuel, 02-80192-CR-DTKH, wherein the Court found a 12 month variance to be appropriate given the squalid conditions under which the Defendant was housed, awaiting extradition to the United States in a Jamaican jail). Even the time served in the United States, however, has been disproportionately difficult, given that the United States essentially prohibited visitation by Sandra's immediate and extended family through revocation of their travel visas. Lastly, Sandra asks this Court to consider her mother's failing health and the fact that Sandra

wants nothing more than to return home to care for her mother as she battles cancer.

Under these circumstances, Ms. Avila-Beltran requests that this Court sentence her to a term of time-served.

RESPECTFULLY SUBMITTED, this 12th day of July, 2013.

_____/s/ Stephen G. Ralls_____
STEPHEN G. RALLS
Attorneys for Sandra Avila-Beltran

LAW OFFICES OF STEPHEN G. RALLS, P.C.
273 South Scott Avenue
Tucson, Arizona 85701
(520) 884-1234
Facsimile: (520) 884-9687
Email: stephen.ralls@azbar.org
Arizona Bar Number: 007772

_____/s/ Howard Schumacher_____
HOWARD J. SCHUMACHER
Attorneys for Sandra Avila-Beltran

LAW OFFICES OF HOWARD J. SCHUMACHER, P.A.
One East Broward Boulevard, Suite 700
Wells Fargo Tower
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0477
Email: papaschuz_2000@yahoo.com
Florida Bar Number: 776335

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 12th day of July, 2013, via ECF/CM to all parties hereto.

_____/s/ Howard Schumacher_____
HOWARD J. SCHUMACHER, ESQ.

LAW OFFICES OF HOWARD J. SCHUMACHER, P.A.
One East Broward Boulevard, Suite 700
Wells Fargo Tower
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0477
Email: papaschuz_2000@yahoo.com
Florida Bar Number: 776335